IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHARLES MCDOWELL, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 15-4995 |
| | : | |
| MORAN FOODS, LLC d/b/a SAVE-A-LOT, LTD., | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

**AND NOW**, this   13th   day of June, 2016, upon consideration of the Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure filed by Defendant, Moran Foods, LLC d/b/a Save-A-Lot, Ltd. (Doc. No. 8), and the Response in Opposition filed by Plaintiff, Charles McDowell, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE